IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARDI STRAUSS,                           No C-05-1652 VRW

    Plaintiff,                       ORDER TO SHOW CAUSE

    v

DELL MARKETING LP,

    Defendant.
_____/

    On April 21, 2005, defendant Dell Marketing LP ("defendant") filed a notice of removal with this court based on diversity jurisdiction pursuant to 28 USC § 1441(b). Doc #1. Plaintiff's complaint for gender discrimination, filed in state court on March 16, 2005, did not specify the amount of damages sought. Doc #1 ; Ex A. When the amount-in-controversy does not appear on the face of the complaint, the removing defendant must prove by a preponderance of the evidence that the amount-in-controversy exceeds $75,000. Singer v State Farm Mutual Auto Ins Co, 116 F3d 373, 376 (9th Cir 1997). In this case, defendant has not borne its burden of proving the amount-in-controversy

1  requirement for diversity jurisdiction because defendant offers no
2  facts whatsoever to show the sufficiency of the amount.  28 USC §
3  1332(a); Singer, 116 F3d at 376.
4           Accordingly, defendant is ORDERED TO SHOW CAUSE in
5  writing by August 5, 2005, why the court should not remand this
6  matter to state court.

8           IT IS SO ORDERED.

11  VAUGHN R WALKER
12  United States District Chief Judge