HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
W. DANIEL CLINTON - 53306
AMY L. KEYSER - 160990
333 Market Street, 21st Floor
San Francisco, CA  94105-2173
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366
dclinton@hansonbridgett.com
akeyser@hansonbridgett.com

Attorneys for Defendant
DELL MARKETING L.P.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARDI STRAUSS,<br><br>             Plaintiff,<br><br>      v.<br><br>DELL MARKETING L.P.,<br><br>             Defendant. | No. C 05-1652 VRW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING ADR DEADLINE** |

IT IS HEREBY STIPULATED by and between Plaintiff Mardi Strauss ("Plaintiff") and Defendant Dell Marketing L.P. ("Defendant"), through their respective counsel, that the deadline for completing mediation through the Court's ADR program be extended from November 28, 2005 to December 14, 2005.  The parties so stipulate in order to accommodate the work schedules of the various individuals the parties wish to depose prior to the mediation and to give each side adequate time to fully and thoroughly prepare for the mediation.  The parties have scheduled a mediation with the assigned mediator for December 14, 2005.

The parties hereby request that the Court grant this proposed Order.

This Stipulation and Order shall not effect the trial date or any other dates set in this action.

///

- 1 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING ADR DEADLINE (CASE NO. C 05-1652 VRW)

1213681.1

| | | |
|---|---|---|
| 1 | Dated: _____, 2005 | LAW OFFICES OF MICHAEL S. SORGEN |
| 2 | | |
| 3 | | |
| 4 | | //s//_____<br>Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: _____, 2005 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| 7 | | |
| 8 | | |
| 9 | | //s//_____<br>Attorney for Defendant[1] |
| 10 | | |
| 11 | IT IS SO ORDERED: | |
| 12 | | |
| 13 | | |
| 14 | Dated: _____ | _____<br>THE HON. JOHN R. WALKER |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Vaughn R Walker]

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (//s//) within this efiled document.

- 2 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING ADR DEADLINE (Case No. C 05-1652 VRW)

1213681.1